IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHELSEA JEANIE WOODS and ALPER COHAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH P. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,<br><br>Defendant. | CV 25–88–H–DLC<br><br><br>ORDER |

The parties have filed a Stipulation for Dismissal for Dismissal. (Doc. 26.) The parties stipulate to dismiss this case with prejudice with each party to bear their own costs and fees. (*Id.* at 1.)

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice, with each party to bear their own costs and fees.

DATED this 9th day of March, 2026.

Dana L. Christensen, District Judge
United States District Court